# Third District Court of Appeal
## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-0520
Lower Tribunal No. F11-8943

————————

**John Aaron Jackson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Dava J. Tunis, Judge.

Loren D. Rhoton (Tampa), for appellant.

Ashley Moody, Attorney General, and Gabrielle Raemy Charest-Turken, Assistant Attorney General, for appellee.

Before HENDON, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.